IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ORACLE CORPORATION and** : <br> **ORACLE U.S.A., INC.,** : <br>  : <br> Plaintiffs, : <br>  : <br> v. : <br>  : <br> **EPICREALM LICENSING LP,** : <br>  : <br> Defendant. : | C. A. No. 06-cv-414 (SLR) |

### STIPULATION AND ORDER TO EXTEND TIME
### TO RESPOND TO THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval and Order of the Court, that the deadline by which Defendant must answer, move or otherwise respond to the Complaint in the above-captioned action is extended through and includes August 28, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SAUL EWING LLP |
| /s/ Mary B. Graham | /s/ Kimberly L. Gattuso |
| Mary B. Graham (#2256) | Michael F. Bonkowski (#2219) |
| 1201 North Market Street | Kimberly L. Gattuso (#3733) |
| P.O. Box 1347 | 222 Delaware Avenue, Suite 1200 |
| Wilmington, DE  19899 | P.O. Box 1266 |
| (302) 658-9200 | Wilmington, Delaware 19899 |
| Attorneys for Plaintiffs | (302) 421-6800 |
| | Attorneys for Defendant |

**SO ORDERED** this ____ day of _____, 2006.

_____
United States District Judge

538377.1 7/14/06