IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 06-414 SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following counsel to represent Plaintiffs Oracle Corporation and Oracle U.S.A. Inc. in this matter: James G. Gilliland, Jr., Joseph A. Greco, Chad E. King, and Robert J. Artuz of Townsend and Townsend and Crew LLP; Dorian Daley and Matthew M. Sarboraria of Oracle Corporation; and Peggy E. Bruggman of Oracle USA, Inc.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiffs*
*Oracle Corporation and Oracle U.S.A. Inc.*

- 2 -

OF COUNSEL:

James G. Gilliland
Joseph A. Greco
Chad E. King
Robert J. Artuz
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
650.326.2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  August 1, 2006

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date:  _____                _____
                                     United States District Judge

527527

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, James G. Gilliland, Jr., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: July 7, 2006

James G. Gilliland, Jr.
Townsend and Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
Phone: 415.576.0200
Fax: 415.576.0300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Chad E. King, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 7-7-06

Chad E. King
Townsend and Townsend and Crew LLP
1200 Seventeenth Street
Suite 2700
Denver, CO 80202
Phone: 303.571.4000
Fax: 303.571.4321

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Joseph A. Greco, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: July 6, 2006

Joseph A. Greco
Townsend and Townsend and Crew LLP
379 Lytton Ave.
Palo Alto, CA 94301
Phone: 650.326.2400
Fax: 650.326.2422

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert J Artuz, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 7/6/06

Robert J Artuz
Townsend and Townsend and Crew LLP
379 Lytton Ave.
Palo Alto, CA 94301
Phone: 650-326-2400
Fax: 650-326-2422

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Dorian Daley, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 18 July 2006

Dorian Daley
Oracle Corporation
M/S 5op762
Redwood Shores, CA 94065
Phone: 650.506.4846
Fax: 650.506.7114

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Matthew M. Sarboraria, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 7/6/06

Matthew M. Sarboraria
Oracle Corporation
M/S 5op7
Redwood Shores, CA 94065
Phone: 650.506.1372
Fax: 650.506.7114

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Peggy E. Bruggman, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 7/18/06

Peggy E. Bruggman
Oracle USA, Inc.
M/S 5op772
Redwood Shores, CA 94065
Phone: 650.506.9534
Fax: 650.506.7114

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Michael F. Bonkowski, Esquire
> SAUL EWING LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 1, 2006 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
|---|---|
| Michael F. Bonkowski, Esquire<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Larry D. Carlson, Esquire<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)