IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EPICREALM LICENSING LP,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: C. A. No. 06-cv-414 (SLR)<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of the following counsel to represent Defendant Epicrealm Licensing LP in this matter: Larry D. Carlson, Esquire, Kevin J. Meek, Esquire and Jeff Moles, Esquire of Baker Botts LLP.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's office with this motion.

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Michael F. Bonkowski (No. 2219)
Kimberly L. Gattuso, Esquire (No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800

Attorneys for Epicrealm Licensing LP

OF COUNSEL

Larry D. Carlson, Esquire
Kevin J. Meek, Esquire
Jeff Moles, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980

DATED:     August 9, 2006

    IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                        The Honorable Sue L. Robinson

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: Aug. 8, 2006

Larry D. Carlson
Baker Botts, LLP
2001 Ross Avenue
Dallas, Texas 75201-2980

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 08/08/06

Kevin J. Meek
Baker Botts, LLP
2001 Ross Avenue
Dallas, Texas 75201-2980

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 8-8-06

Jeff Moles
Baker Botts, LLP
2001 Ross Avenue
Dallas, Texas 75201-2980

## CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on this 9th day of August, 2006, I electronically filed a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorneys of record in the manner indicated:

**VIA HAND DELIVERY**
Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Kimberly L. Gattuso (No. 3733)