IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-414 (SLR) ) ) ) ) ) |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time within which Oracle Corporation and Oracle U.S.A. Inc. may serve and file their response to epicRealm Licensing, LP's, Motion to Consolidate and Transfer (D.I. 10) is extended through and including Tuesday, September 26, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

*Attorneys for Plaintiffs*
*Oracle Corporation and Oracle U.S.A. Inc.*

SAUL EWING, LLP

*/s/ Kimberly L. Gattuso*

Michael F. Bonkowski (#2219)
Kimberly L. Gattuso (#3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19801-1611
(302) 421-6800

*Attorneys for Defendant*
*epicRealm Licensing, LP*

SO ORDERED this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

535317