IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-cv-414 (SLR) |

## DECLARATION OF LINDA HARTIG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO EPICREALM LICENSING, LP'S MOTION TO CONSOLIDATE AND TRANSFER

I, Linda Hartig, declare as follows:

1. I am Vice President, Global Support Sales Operations for Oracle. I have personal knowledge of the matters stated, except where otherwise indicated, in this Declaration and could competently testify to them if I were called as a witness.

2. Based on my review of "ship to" data pertaining to Oracle's support sales, Oracle has sold software products to at least eighty different public and private entities in Delaware, including state, county, and municipal agencies, banks, and other businesses. At least twenty of these Delaware customers have purchased Oracle's Internet Application Server software. Based on my review of the same data, Oracle employs at least forty sales representatives and related support personnel who are responsible for marketing, sales, consulting, and customer support for current and prospective customers in Delaware.

- 2 -

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on September 26, 2006 at Redwood City, California.

                                Respectfully submitted,

                                By: _____
                                         Linda Hartig

60877170 v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Michael F. Bonkowski, Esquire
> SAUL EWING LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 26, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Michael F. Bonkowski, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

**BY E-MAIL**

Larry D. Carlson, Esquire
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201

*/s/ Mary B. Graham*

Mary B. Graham (#2256)