IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br>Plaintiffs, <br><br>v. <br><br>EPICREALM LICENSING, LP, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No. 06-414 (SLR) |

## REQUEST FOR ORAL ARGUMENT

This is an action brought by Oracle Corporation and Oracle U.S.A, Inc. (collectively, "Oracle") for a declaratory judgment that two patents of defendant epicRealm Licensing LP are invalid and not infringed by Oracle. EpicRealm has filed a motion (D.I. 10) to consolidate this action with a declaratory judgment action filed by Quinstreet, Inc. in this district (C.A. No. 06-495 (SLR)) and to transfer the two cases to the Eastern District of Texas, Marshall Division. Briefing of that motion has now been completed (D.I. 10, 16, 19). Pursuant to Local Rule 7.1.4, Oracle hereby requests oral argument on epicRealm's motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

OF COUNSEL:

James G. Gilliland
Joseph A. Greco
Chad E. King
Robert J. Artuz
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
650.326.2400

*Attorneys for Plaintiffs*
*Oracle Corporation and Oracle U.S.A. Inc.*

- 2 -

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  October 6, 2006
540419

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Michael F. Bonkowski, Esquire
> SAUL EWING LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 6, 2006 upon the following individuals in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| Michael F. Bonkowski, Esquire<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Larry D. Carlson, Esquire<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201 |

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)