IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-414-SLR ) ) ) ) ) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, with the consent and approval of Defendant epicRealm Licensing, LP (hereinafter, "Defendant"), Saul Ewing hereby withdraws its appearance in this case for Defendant, and the law firm of Potter Anderson & Corroon LLP hereby enters its appearance on behalf of Defendant. Baker Botts LLP will remain of counsel for Defendant.

| SAUL EWING, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Michael F. Bonkowski <br>    Michael F. Bonkowski (#2219) <br>    222 Delaware Avenue, Suite 1200 <br>    P.O. Box 1266 <br>    Wilmington, DE 19899 <br>    Tel: (302) 421-6863 <br>    Fax: (302) 421-5869 <br>    mbonkowski@saul.com <br><br> *Attorney for Defendant* <br> *epicRealm Licensing, LP* <br><br> Dated: August 10, 2006 <br> 788378/31393 | By: /s/ Richard L. Horwitz <br>    Richard L. Horwitz (#2246) <br>    David E. Moore (#3983) <br>    Hercules Plaza, 6th Floor <br>    1313 N. Market Street <br>    Wilmington, DE 19899 <br>    Tel: (302) 984-6000 <br>    Fax: (302) 658-1192 <br>    rhorwitz@potteranderson.com <br>    dmoore@potteranderson.com <br><br> *Attorneys for Defendant* <br> *epicRealm Licensing, LP* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 10, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on April 10, 2007, I have Electronically Mailed the documents to the following:

James G. Gilliland
Joseph A. Greco
Chad E. King
Robert J. Artuz
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
jggilliland@townsend.com
jagreco@townsend.com
ceking@townsend.com
rjartuz@townsend.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393