## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ORACLE CORPORATION and )
ORACLE U.S.A., INC., )
                                )
            Plaintiffs, )
                                )      C.A. No. 06-414 (SLR)
      v. )
                                  )
EPICREALM LICENSING, L.P., )
                                  )
            Defendant. )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Terry Fokas, of epicRealm Licensing, LP, 1700 Pacific Avenue, No. 2320, Dallas,

TX 75201, to represent defendant epicRealm Licensing, L.P. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE 19801
       Tel: (302) 984-6027
       Fax: (302) 658-1192
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

Dated: April 13, 2007
787999 / 31393              *Attorneys for Defendant epicRealm Licensing, L.P.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 13, 2007          Signed:  /s/  Terry Fokas
                                        Terry Fokas
                                        epicRealm Licensing, L.P.
                                        1700 Pacific Avenue, No. 2320
                                        Dallas, TX  75201
                                        Tel:  (214) 397-0777

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 13, 2007, the attached document

was hand delivered to the following persons and was electronically filed with the Clerk of

the Court using CM/ECF which will send notification to the registered attorney(s) of

record that the document has been filed and is available for viewing and downloading:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on April 13, 2007, I have Electronically Mailed the

documents to the following:

James G. Gilliland
Joseph A. Greco
Chad E. King
Robert J. Artuz
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301
jggilliland@townsend.com
jagreco@townsend.com
ceking@townsend.com
rjartuz@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393/Oracle