IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-414-SLR ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant epicRealm Licensing, LP, hereby certifies that copies of the following documents were caused to be served on May 22, 2007, upon the following attorneys of record at the following addresses as indicated:

EPICREALM LICENSING, LP'S INITIAL DISCLOSURES

**VIA HAND DELIVERY**

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**

James G. Gilliland
Joseph A. Greco
Chad E. King
Robert J. Artuz
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301
jggilliland@townsend.com
jagreco@townsend.com
ceking@townsend.com
rjartuz@townsend.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Larry D. Carlson
Kevin J. Meek
Jeff Moles
BAKER BOTTS, L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Tel: (214) 953-6500

Dated: May 22, 2007
797123 / 31393

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*epicRealm Licensing, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 22, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on May 22, 2007, I have Electronically Mailed the documents to the following:

James G. Gilliland
Joseph A. Greco
Chad E. King
Robert J. Artuz
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301
jggilliland@townsend.com
jagreco@townsend.com
ceking@townsend.com
rjartuz@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393/Oracle