IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-414 (SLR) |
| EPICREALM LICENSING, LP, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of 1) *Plaintiffs' First Set of Interrogatories (1-17) to Defendant EpicRealm Licensing, LP and*; 2) *Plaintiffs' First Set of Requests for Production of Documents and Things (1-77) to Defendant EpicRealm Licensing, LP* were caused to be served on June 11, 2007 upon the following in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz | Larry D. Carlson, Esquire |
| David Ellis Moore | BAKER BOTTS L.L.P. |
| POTTER ANDERSON & CORROON, LLP | 2001 Ross Avenue |
| 1313 N. Market St., Hercules Plaza, 6th Floor | Dallas, TX  75201 |
| P.O. Box 951 | |
| Wilmington, DE 19899-0951 | **larry.carlson@bakerbotts.com** |
| | |
| **rhorwitz@potteranderson.com** | |
| **dmoore@potteranderson.com** | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham (#2256)*

───────────────────────────────
Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiffs*
*Oracle Corporation and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland, Jr.
Theodore T. Herhold
Chad E. King
Robert J. Artuz
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
650.326.2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  June 11, 2007
530353

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>   Richard L. Horwitz
>   David Ellis Moore
>   POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 11, 2007 upon the following individuals in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz<br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | Larry D. Carlson, Esquire<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201<br><br>**larry.carlson@bakerbotts.com** |

*/s/ Mary B. Graham (#2256)*
_____
Mary B. Graham (#2256)