**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-414-SLR |
| EPICREALM LICENSING, LP, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that, with the consent and approval of Defendant epicRealm

Licensing, LP (hereinafter, "Defendant"), Jenner & Block LLP hereby enters its appearance in

this case as lead trial counsel for Defendant, replacing Baker Botts LLP, whose appearance is

hereby withdrawn. Potter Anderson & Corroon LLP will remain as local counsel for Defendant.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant
epicRealm Licensing, LP*

Dated: July 12, 2007
805501/ 31393

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 12, 2007, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on July 12, 2007, I have Electronically Mailed the document to the

following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
MGraham@MNAT.com

James G. Gilliland
Joseph A. Greco
Chad E. King
Robert J. Artuz
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
jggilliland@townsend.com
jagreco@townsend.com
ceking@townsend.com
rjartuz@townsend.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393/Oracle