IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., </br></br> Plaintiffs, </br></br> v. </br></br> EPICREALM LICENSING, LP, </br></br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-414 (SLR) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Joseph A. Greco of Townsend and Townsend and Crew hereby withdraws his appearance as counsel for plaintiffs Oracle Corporation and Oracle U.S.A. Inc. in this action. Plaintiffs continue to be represented in this action by the law firms of Morris, Nichols, Arsht & Tunnell LLP and Townsend and Townsend and Crew.

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA 94065

Dated: July 13, 2007
963728

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

---
Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Oracle Corporation
and Oracle U.S.A. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>   Richard L. Horwitz
>   David Ellis Moore
>   POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 13, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David Ellis Moore
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**rhorwitz@potteranderson.com**
**dmoore@potteranderson.com**

**BY E-MAIL**

Larry D. Carlson, Esquire
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201

**larry.carlson@bakerbotts.com**


*/s/ Mary B. Graham*

Mary B. Graham (#2256)