IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-414-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF RULE 30(b)(6) DEPOSITION OF ORACLE CORPORATION

PLEASE TAKE NOTICE that on July 31, 2007 at 9:00 a.m. at the Garden Court Hotel, 520 Cowper Street, Palo Alto, California 94301, or at such other time and place as agreed by the parties, defendant and counter-plaintiff epicRealm Licensing LP, pursuant to Fed. R. Civ. P. 26 and 30, shall take the deposition upon oral examination of plaintiff and counter-defendant Oracle Corporation. The deposition will continue from day to day until completed and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and video means.

Pursuant to Fed. R. Civ. P. 30(b)(6), Oracle Corporation shall designate one or more officers, directors, managing agents or other representatives who consent to testify on its behalf, to testify to matters known or reasonably available to Oracle Corporation regarding the topics listed herein. To the extent more than one deponent is identified, Oracle Corporation shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

**Rule 30(b)(6) Deposition Topics**

In accordance with Fed. R. Civ. P. 30(b)(6), epicRealm identifies the following matters for examination:

      1.     The identification of each of Oracle's "software products that are used in conjunction with the delivery of dynamic web pages" (as used in Oracle's Complaint's Prayer), Oracle's largest 100 customers ranked on the basis of revenue to Oracle for such products for the period of Oracle's fiscal years 2001-2007, the geographic location where said customers' products are located and the geographic location where said customers' products are licensed for use, Oracle's revenues on a product-by-product basis for such products for each of those customers and the identification of any Oracle agreement to indemnify those customers for patent infringement by those products.

For purposes of this Topic No. 1, "Oracle" means Oracle Corporation and Oracle U.S.A. Inc., plaintiffs and counter-defendants in this action, and all predecessors, successors, subsidiaries, divisions, parents and/or affiliates thereof, past or present, and all past or present officers, directors, affiliates, agents, employees, attorneys, consultants, representatives and any other person acting or purporting to act on behalf of Oracle.

You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br>Tel: (312) 923-8305<br><br>Dated: July 19, 2007<br>808012 / 31393 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*epicRealm Licensing, LP* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 19, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on July 19, 2007, I have Electronically Mailed the documents to the following:

| | |
|---|---|
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>MGraham@MNAT.com | James G. Gilliland<br>Theodore T. Herald<br>Eric M. Hutchins<br>Chad E. King<br>Robert J. Artuz<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>OracleEpicrealm@townsend.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

806755 / 31393/Oracle