IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A., INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EPICREALM LICENSING, L.P.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Harry J. Roper, George S. Bosy, Aaron A. Barlow, Paul D. Margolis, Benjamin J. Bradford, Patrick L. Patras and David R. Bennett of Jenner & Block, 330 N. Wabash Avenue, Chicago, IL, 60611, to represent defendant epicRealm Licensing, L.P. in this matter.

　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

　　　　　　　　　　　　　　　　　　By:  /s/ David E. Moore
　　　　　　　　　　　　　　　　　　　　Richard L. Horwitz (#2246)
　　　　　　　　　　　　　　　　　　　　David E. Moore (#3983)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　　　　　　　　　1313 N. Market Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 984-6027
　　　　　　　　　　　　　　　　　　　　Fax: (302) 658-1192
　　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

Dated: July 20, 2007
806763 / 31393

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant epicRealm Licensing, L.P.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 20, 2007         Signed:  /s/ Harry J. Roper
                                    Harry J. Roper
                                    Jenner & Block
                                    330 N. Wabash Avenue
                                    Chicago, IL 60611-7603
                                    Telephone: 312-222-9350
                                    Facsimile: 312-527-0484
                                    hroper@jenner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion


Date: July 20, 2007            Signed:   /s/ George S. Bosy
                                         George S. Bosy
                                         Jenner & Block
                                         330 N. Wabash Avenue
                                         Chicago, IL 60611-7603
                                         Telephone: 312-222-9350
                                         Facsimile: 312-527-0484
                                         gbosy@jenner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion


Date: July 20, 2007        Signed:   */s/ Aaron A. Barlow*
                                     Aaron A. Barlow
                                     Jenner & Block
                                     330 N. Wabash Avenue
                                     Chicago, IL 60611-7603
                                     Telephone: 312-222-9350
                                     Facsimile: 312-527-0484
                                     abarlow@jenner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion


Date: July 20, 2007        Signed:  */s/ Paul D. Margolis*
                                    Paul D. Margolis
                                    Jenner & Block
                                    330 N. Wabash Avenue
                                    Chicago, IL 60611-7603
                                    Telephone: 312-222-9350
                                    Facsimile: 312-527-0484
                                    pmargolis@jenner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion


Date: July 20, 2007      Signed:   */s/ Benjamin J. Bradford*
                                   Benjamin J. Bradford
                                   Jenner & Block
                                   330 N. Wabash Avenue
                                   Chicago, IL 60611-7603
                                   Telephone: 312-222-9350
                                   Facsimile: 312-527-0484
                                   bbradford@jenner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☑ has been paid to the Clerk of the Court

    ☐ will be submitted to the Clerk's Office upon the filing of this motion


Date: July 20, 2007        Signed:   /s/ Patrick L. Patras
                                                        Patrick L. Patras
                                                        Jenner & Block
                                                        330 N. Wabash Avenue
                                                        Chicago, IL 60611-7603
                                                        Telephone: 312-923-2945
                                                        Facsimile: 312-840-7345
                                                        ppatras@jenner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 20, 2007          Signed:    /s/ David R. Bennett
                                        David R. Bennett
                                        Jenner & Block
                                        330 N. Wabash Avenue
                                        Chicago, IL 60611-7603
                                        Telephone: 312-923-8314
                                        Facsimile: 312-923-8414
                                        dbennett@jenner.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 20, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 20, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>MGraham@MNAT.com | James G. Gilliland<br>Theodore T. Herhold<br>Chad E. King<br>Eric M. Hutchins<br>Robert J. Artuz<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>OracleEpicrealm@townsend.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle