IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>EPICREALM LICENSING, LP,<br><br>        Defendant. | )<br>)<br>)<br>)   C.A. No. 06-414-SLR<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO RULE 25(C), FED.R.CIV.P.

Defendant hereby moves pursuant to Federal Rule of Civil Procedure 25(c) to substitute Parallel Networks, LLC ("Parallel Networks") for EpicRealm Licensing, LP ("epicRealm") as the defendant and counterclaimant in this action for the reasons set for in the concurrently submitted supporting memorandum. A proposed order is attached.

**Rule 7.1.1 Statement.** Counsel for the parties conferred on the substance of this Motion; however, the parties were unable to reach an agreement.

| | |
|---|---|
| OF COUNSEL:<br><br>Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Patrick L. Patras<br>David R. Bennett<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL  60611-7603<br>Tel:  (312) 923-8305<br><br>Dated:  December 11, 2007<br>836622 / 31393 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*epicRealm Licensing, LP* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 11, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 11, 2007, I have Electronically Mailed the document to the following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
MGraham@MNAT.com

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
OracleEpicrealm@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EPICREALM LICENSING, LP,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 06-414-SLR<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT EPICREALM'S MOTION
TO SUBSTITUTE PARTIES PURSUANT TO RULE 25(C), FED.R.CIV.P.**

The Court hereby grants defendant epicRealm Licensing, LP's Motion to Substitute Parties Pursuant to Rule 25(C), Fed.R.Civ.P. Accordingly, it is:

IT IS SO ORDERED this _____ day of _____, 200__, that, pursuant to Rule 25(C), Fed.R.Civ.P., Parallel Networks, LLC, is substituted as defendant and counter-plaintiff in place of epicRealm Licensing, LP. in C.A. No. 06-414-SLR (*Oracle Corporation and Oracle U.S.A., Inc., v. epicRealm Licensing, LP*) and that the new case caption shall be as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>　Plaintiffs/Counterclaim Defendant,<br><br>　v.<br><br>PARALLEL NETWORKS, LLC,<br><br>　Defendant/Counterclaim Plaintiff | )<br>)<br>)<br>)<br>)　C.A. No. 06-414-SLR<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge