IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and <br> ORACLE U.S.A. INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant/Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-414-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF RULE 30(b)(6) DEPOSITION
OF ORACLE CORPORATION (TOPIC NOS. 10-16)**

PLEASE TAKE NOTICE that on January 22, 2008 at 9:00 a.m. at the Garden Court Hotel, 520 Cowper Street, Palo Alto, California 94301, or at such other time and place as agreed by the parties, defendant and counter-plaintiff epicRealm Licensing, LP, pursuant to Fed. R. Civ. P. 26 and 30, shall take the deposition upon oral examination of plaintiff and counter-defendant Oracle Corporation. The deposition will continue from day to day until completed and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and video means.

Pursuant to Fed. R. Civ. P. 30(b)(6), Oracle Corporation shall designate one or more officers, directors, managing agents or other representatives who consent to testify on its behalf, to testify to matters known or reasonably available to Oracle Corporation regarding the topics listed herein. To the extent more than one deponent is identified, Oracle Corporation shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

### **Rule 30(b)(6) Deposition Topics**

In accordance with Fed. R. Civ. P. 30(b)(6), epicRealm identifies the following matters for examination:

10. The identification of any and all web sites currently or previously owned, operated, maintained or hosted by Oracle which run any software used in creating dynamic web pages including all web sites which run any version of Oracle Application Server, Oracle Database, and Oracle Web Cache from the year 2000 to the present.

11. From the year 2000 to the present, the functionality and operation of the web sites whose identity is requested in Topic No. 10.

12. From the year 2000 to the present, the architecture of the web sites whose identity is requested in Topic No. 10.

13. From the year 2000 to the present, the software used to operate or host the web sites whose identity is requested in Topic No. 10.

14. From the year 2000 to the present, the identity of all person(s) responsible for the operation of the web sites whose identity is requested in Topic No. 10.

15. From the year 2000 to the present, the geographic location(s) of the hardware and software used to host the web sites whose identity is requested in Topic No. 10.

16. From the year 2000 to the present, the configurations of the software and hardware used by the websites whose identity is requested in Topic No. 10, including the identity of any "intelligent routing algorithm" (see, *e.g.*, ORCL 00370816).

For purposes of Topic Nos. 10-16, "Oracle" means Oracle Corporation and Oracle U.S.A. Inc., plaintiffs and counter-defendants in this action, and all predecessors, successors, subsidiaries, divisions, parents and/or affiliates thereof, past or present, and all past or present officers, directors, affiliates, agents, employees, attorneys, consultants, representatives and any other person acting or purporting to act on behalf of Oracle.

You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: /s/ David E. Moore |
| Harry J. Roper | Richard L. Horwitz (#2246) |
| George S. Bosy | David E. Moore (#3983) |
| Aaron A. Barlow | Hercules Plaza, 6th Floor |
| Patrick L. Patras | 1313 N. Market Street |
| David R. Bennett | Wilmington, DE 19899 |
| Paul D. Margolis | Tel: (302) 984-6000 |
| Benjamin J. Bradford | rhorwitz@potteranderson.com |
| JENNER & BLOCK | dmoore@potteranderson.com |
| 330 N. Wabash Avenue | |
| Chicago, IL 60611-7603 | *Attorneys for Defendant* |
| Tel: (312) 923-8305 | *epicRealm Licensing, LP* |

Dated: January 4, 2008
840844 / 31393

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 4, 2008, I have Electronically Mailed the document to the following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
MGraham@MNAT.com

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
OracleEpicrealm@townsend.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle