IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-414-SLR<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RULE 30(b)(6) DEPOSITION
OF ORACLE CORPORATION (TOPIC NOS. 27-30)**

PLEASE TAKE NOTICE that on January 24, 2008 at 9:00 a.m. at the Garden Court Hotel, 520 Cowper Street, Palo Alto, California 94301, or at such other time and place as agreed by the parties, defendant and counter-plaintiff epicRealm Licensing, LP, pursuant to Fed. R. Civ. P. 26 and 30, shall take the deposition upon oral examination of plaintiff and counter-defendant Oracle Corporation. The deposition will continue from day to day until completed and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and video means.

Pursuant to Fed. R. Civ. P. 30(b)(6), Oracle Corporation shall designate one or more officers, directors, managing agents or other representatives who consent to testify on its behalf, to testify to matters known or reasonably available to Oracle Corporation regarding the topics listed herein. To the extent more than one deponent is identified, Oracle Corporation shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

**Rule 30(b)(6) Deposition Topics**

In accordance with Fed. R. Civ. P. 30(b)(6), epicRealm identifies the following matters for examination:

27. *Oracle WebServer User's Guide (Release 1.0)* (1995), the date and circumstances of its publication and public accessibility, the operation and functionality of the Oracle products that are described within the document (including for Oracle WebServer and Oracle7 Server), the knowledge, use, sale and/or offer for sale of the products that are described within the document, the invention(s) claimed to be disclosed by the document, the date and circumstances of the conception and reduction to practice of such invention(s).

28. Oracle Corporation: *Oracle Internet Server Release 1.0, Bringing the power of Oracle 7 to the World Wide Web* (July 1995), the date and circumstances of its publication and public accessibility, the operation and functionality of the Oracle products that are described within the document (including for Oracle Internet Server Release 1.0 and Oracle7 Server), the knowledge, use, sale and/or offer for sale of the products that are described within the document, the invention(s) claimed to be disclosed by the document, the date and circumstances of the conception and reduction to practice of such invention(s).

29. Oracle Corporation, *Oracle and the Internet* (July 1995), the date and circumstances of its publication and public accessibility, the operation and functionality of the Oracle products that are described within the document (including for Oracle Internet Server and Oracle7 Server), the knowledge, use, sale and/or offer for sale of the products that are described within the document, the invention(s) claimed to be disclosed by the document, the date and circumstances of the conception and reduction to practice of such invention(s).

30. Oracle Corporation, *Design Specification for Oracle Web Agent and OWS Developer's Toolkit, Oracle Web Server V2.0* (December 15, 1995), the date and circumstances of its publication and public accessibility, the operation and functionality of the Oracle products that are described within the document (including for Oracle Web Agent, OWS, and Oracle Web Server (Oracle Internet Server) OWA), the knowledge, use, sale and/or offer for sale of the products that are described within the document, the invention(s) claimed to be disclosed by the document, the date and circumstances of the conception and reduction to practice of such invention(s).

For purposes of Topic Nos. 27-30, "Oracle" means Oracle Corporation and Oracle U.S.A. Inc., plaintiffs and counter-defendants in this action, and all predecessors, successors,

subsidiaries, divisions, parents and/or affiliates thereof, past or present, and all past or present officers, directors, affiliates, agents, employees, attorneys, consultants, representatives and any other person acting or purporting to act on behalf of Oracle.

You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

OF COUNSEL:

Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel: (312) 923-8305

Dated: January 8, 2008
841498 / 31393

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*epicRealm Licensing, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 8, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 8, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>MGraham@MNAT.com | James G. Gilliland<br>Theodore T. Herhold<br>Chad E. King<br>Robert J. Artuz<br>Eric M. Hutchins<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA  94301<br>OracleEpicrealm@townsend.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle