IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>EPICREALM LICENSING, LP, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) )　C.A. No. 06-414 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: 1) Plaintiffs' Objections to Defendants' Notice of Rule 30(b)(6) Deposition of Oracle Corporation (Topic Nos. 10 – 16); 2) Plaintiffs' Objections to Defendants' Notice of Rule 30(b)(6) Deposition of Oracle Corporation (Topic Nos. 17 – 26); and 3) Plaintiffs' Objections to Defendants' Notice of Rule 30(b)(6) Deposition of Oracle Corporation (Topic Nos. 27 – 30) were caused to be served on January 14, 2008 upon the following in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz <br> David Ellis Moore <br> POTTER ANDERSON & CORROON, LLP <br> 1313 N. Market St., Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE  19899-0951 <br><br> **rhorwitz@potteranderson.com** <br> **dmoore@potteranderson.com** | George S. Bosy <br> JENNER & BLOCK <br> 330 N. Wabash Avenue <br> Chicago, IL  60611-7603 <br><br> **gbosy@jenner.com** |

- 2 -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ James W. Parrett, Jr.*
          Mary B. Graham (#2256)
          James W. Parrett, Jr. (#4292)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899
          302.658.9200

          *Attorneys for Oracle Corporation
          and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
650.326.2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  January 14, 2008
1383126