IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EPICREALM LICENSING, LP,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF ROBERT L. WEST**

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiffs Oracle Corporation and Oracle U.S.A., Inc. ("Oracle") will take the deposition upon oral examination of Robert L. West at Townsend and Townsend and Crew LLP, 379 Lytton Avenue, Palo Alto, California 94301, beginning at 9:00 a.m. on January 29, 2008 and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other office duly authorized by law to administer oaths and may be videotaped. A subpoena is being issued for the witness's attendance and for the production of documents.

You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Oracle Corporation
and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
650.326.2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  January 8, 2008

1389825

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz
>David Ellis Moore
>POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 17, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz<br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | George S. Bosy, Esquire<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL  60611-7603<br><br>**gbosy@jenner.com** |

*/s/ James W. Parrett, Jr. (#4292)*

James W. Parrett, Jr. (#4292)