**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-414-SLR |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| EPICREALM LICENSING, LP, | ) ) | |
| Defendant. | ) | |

**NOTICE OF RULE 30(b)(6) DEPOSITION**
**OF ORACLE CORPORATION (TOPIC NOS. 54-56)**

PLEASE TAKE NOTICE that on February 27, 2008 at 9:00 a.m. at the Garden Court

Hotel, 520 Cowper Street, Palo Alto, California 94301, or at such other time and place as agreed

by the parties, defendant and counter-plaintiff epicRealm Licensing, LP, pursuant to Fed. R. Civ.

P. 26 and 30, shall take the deposition upon oral examination of plaintiff and counter-defendant

Oracle Corporation.  The deposition will continue from day to day until completed and shall be

taken before a duly certified court reporter and notary public or other person authorized by law to

administer oaths.  The deposition will be recorded by stenographic, sound and video means.

Pursuant to Fed. R. Civ. P. 30(b)(6), Oracle Corporation shall designate one or more

officers, directors, managing agents or other representatives who consent to testify on its behalf,

to testify to matters known or reasonably available to Oracle Corporation regarding the topics

listed herein.  To the extent more than one deponent is identified, Oracle Corporation shall state

in advance of the deposition which portions of this notice each deponent is prepared to address.

## Rule 30(b)(6) Deposition Topics

In accordance with Fed. R. Civ. P. 30(b)(6), epicRealm identifies the following matters for examination:

54.    The date and circumstances upon which Oracle first became aware of each of the epicRealm patents.

55.    Oracle's investigation into the epicRealm patents, including investigation into the scope of the claims, investigation into whether any of Oracle's products and services are covered by the claims of the epicRealm patents, and investigation into the validity and enforceability of the epicRealm patents.

56.    Oracle's remedial action(s) taken to avoid infringement of the epicRealm patents, including any efforts to obtain advice of counsel and any consideration taken with respect to licensing of the epicRealm patents.

For purposes of Topic Nos. 54-56, "Oracle" means Oracle Corporation and Oracle U.S.A. Inc., plaintiffs and counter-defendants in this action, and all predecessors, successors, subsidiaries, divisions, parents and/or affiliates thereof, past or present, and all past or present officers, directors, affiliates, agents, employees, attorneys, consultants, representatives and any other person acting or purporting to act on behalf of Oracle. For purposes of Topic Nos. 54-56, "the epicRealm patents" means U.S. Patent No. 6,415,335, entitled "System and Method for Managing Dynamic Web Page Generation Requests," and U.S. Patent No. 5,894,554, entitled "System for Managing Dynamic Web Page Generation Requests by Intercepting Request at Web Server and Routing to Page Server thereby Releasing Web Server to Process Other Requests."

You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

OF COUNSEL:

Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL  60611-7603
Tel:  (312) 923-8305

Dated:  January 25, 2008
844570 / 31393

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19899
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant*
*epicRealm Licensing, LP*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 25, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on January 25, 2008, I have Electronically Mailed the document to

the following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
MGraham@MNAT.com

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301
OracleEpicrealm@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle