IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., | ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) C.A. No. 06-414-SLR ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| EPICREALM LICENSING, LP, | ) ) ) |
| Defendant/Counterclaim Plaintiff. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant epicRealm Licensing, LP, hereby certifies that copies of the following documents were caused to be served on February 7, 2008, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND SET
OF INTERROGATORIES (NO. 17)

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
MGraham@MNAT.com

**VIA ELECTRONIC MAIL**

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
OracleEpicrealm@townsend.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Patrick L. Patras<br>David R. Bennett<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL  60611-7603<br>Tel:  (312) 923-8305<br><br>Dated: February 7, 2008<br>847230 / 31393 / Oracle | By: /s/ David E. Moore<br>  Richard L. Horwitz (#2246)<br>  David E. Moore (#3983)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE  19899<br>  Tel:  (302) 984-6000<br>  rhorwitz@potteranderson.com<br>  dmoore@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaim*<br>*Plaintiff epicRealm Licensing, LP* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 7, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 7, 2008, the attached document was Electronically Mailed to the following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
MGraham@MNAT.com

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
OracleEpicrealm@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle