IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and <br> ORACLE U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-414 (SLR) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DEPOSITION OF BRAD CARL

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiffs Oracle Corporation and Oracle U.S.A., Inc. ("Oracle") will take the depositions upon oral examination of Brad Carl at Jenner & Block, 330 North Wabash Avenue, Chicago, IL 60611, beginning at 9:00 a.m. on February 15, 2008 and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other office duly authorized by law to administer oaths and may be videotaped. A subpoena is being issued for the witness's attendance and for the production of documents.

You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Oracle Corporation
and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

Dorian Daley  
Peggy E. Bruggman  
Matthew M. Sarboraria  
ORACLE CORPORATION  
ORACLE U.S.A., INC.  
500 Oracle Parkway  
Redwood Shores, CA  94065  

February 8, 2008  
1495060

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Richard L. Horwitz
> David Ellis Moore
> POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 8, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz | George S. Bosy |
| David Ellis Moore | JENNER & BLOCK |
| POTTER ANDERSON & CORROON, LLP | 330 N. Wabash Avenue |
| 1313 N. Market St., Hercules Plaza, 6th Floor | Chicago, IL  60611-7603 |
| P.O. Box 951 | |
| Wilmington, DE  19899-0951 | **gbosy@jenner.com** |
| **rhorwitz@potteranderson.com** | |
| **dmoore@potteranderson.com** | |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)