IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>EPICREALM LICENSING, LP,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-414 SLR<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric A. Mercer of Townsend and Townsend and Crew LLP to represent Plaintiffs Oracle Corporation and Oracle U.S.A. Inc. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
650.326.2400

 */s/ James W. Parrett, Jr.*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Oracle Corporation
and Oracle U.S.A. Inc.*

- 2 -

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  February 15, 2008

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____         _____
                                           United States District Judge

1540526

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Eric A Mercer, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 2/15/2008

Eric A. Mercer
Townsend and Townsend and Crew LLP
379 Lytton Ave.
Palo Alto, CA 94301
Phone: 650.326.2400
Fax: 650.326.2422

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John L. Reed
> EDWARDS ANGELL PALMER & DODGE LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 15, 2008 upon the following individuals in the manner indicated:

| **BY EMAIL AND HAND DELIVERY** | **BY EMAIL** |
|---|---|
| John L. Reed | Scott D. Wofsy |
| Denise Seastone Kraft | Brian R. Pollack |
| EDWARDS ANGELL PALMER & DODGE LLP | EDWARDS ANGELL PALMER & DODGE LLP |
| 919 North Market Street, 15th Floor | 301 Tresser Blvd. |
| Wilmington, DE 19801 | Stamford, CT 06901 |
| **jreed@eapdlaw.com** | **swofsy@eapdlaw.com** |
| **dkraft@eapdlaw.com** | **bpollack@eapdlaw.com** |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)