IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and <br> ORACLE U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 06-414 SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joseph A. Greco of Townsend and Townsend and Crew LLP to represent Plaintiffs Oracle Corporation and Oracle U.S.A. Inc. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney has previously been submitted to the Clerk's Office.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Oracle Corporation
and Oracle U.S.A. Inc.*

- 2 -

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  February 19, 2008

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:  _____     _____
                                           United States District Judge

1605354

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Joseph A. Greco, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: February 19, 2008

Joseph A. Greco
Townsend and Townsend and Crew LLP
379 Lytton Ave.
Palo Alto, CA 94301
Phone: 650.326.2400
Fax: 650.326.2422

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John L. Reed
>EDWARDS ANGELL PALMER & DODGE LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 19, 2008 upon the following individuals in the manner indicated:

| BY EMAIL | BY EMAIL |
|---|---|
| John L. Reed<br>Denise Seastone Kraft<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE  19801<br><br>**jreed@eapdlaw.com**<br>**dkraft@eapdlaw.com** | Scott D. Wofsy<br>Brian R. Pollack<br>EDWARDS ANGELL PALMER & DODGE LLP<br>301 Tresser Blvd.<br>Stamford, CT  06901<br><br>**swofsy@eapdlaw.com**<br>**bpollack@eapdlaw.com** |

*/s/ James W. Parrett, Jr. (#4292)*

James W. Parrett, Jr. (#4292)