IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED AMENDMENT TO JOINT DISCOVERY PLAN
AND SCHEDULING ORDER**

WHEREAS, the Court entered a Joint Discovery Plan and Scheduling Order (D.I. 29) in this matter on May 16, 2007;

WHEREAS, the parties agree that an extension of certain discovery deadlines is necessary to complete discovery in this matter;

WHEREAS, the proposed extension will not require changes to any dispositive motion deadlines, hearing dates, or trial dates;

WHEREAS, the parties have agreed that:

    (i)    the fact discovery cutoff is extended to March 31, 2008 for party and third-party depositions already noticed and Rule 26 supplementation;

    (ii)    for those depositions that cannot be scheduled before March 31, 2008, the parties will specifically identify depositions (already noticed but not yet scheduled) that fall into this category, and exchange proposed dates as

soon as possible. The parties may supplement, where necessary, expert reports based on any such depositions;

(iii) expert reports on issues for which the parties have the burden of proof will be due on April 30, 2008; rebuttal expert reports will be due on May 30, 2008;

(iv) the date for completion of expert discovery will be extended to June 20, 2008;

(v) joint claim construction statement is due June 30, 2008; and

(vi) Daubert motions are due July 24, 2008.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Joint Discovery Plan and Scheduling Order (D.I. 29) be amended as follows:

| | **Schedule Item** | **Old Deadline** | **New Deadline** |
|---|---|---|---|
| 1. | Close of fact discovery | February 29, 2008 | March 31, 2008 |
| 2. | Supplementations under Rule 26(e) | February 29, 2008 | March 31, 2008 |
| 3. | Expert reports on issues for which the parties have the burden of proof | March 28, 2008 | April 30, 2008 |
| 4. | Rebuttal expert reports | April 25, 2008 | May 30, 2008 |
| 5. | Completion of expert discovery | June 6, 2008 | June 20, 2008 |
| 6. | Joint claim construction statement | June 13, 2008 | June 30, 2008 |
| 7. | Daubert motions | July 8, 2008 | July 24, 2008 |

All remaining dates on the Joint Discovery Plan and Scheduling Order shall remain unchanged.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ James W. Parrett, Jr.<br>Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jparrett@mnat.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs*<br>*Oracle Corporation and Oracle U.S.A. Inc.* | *Attorneys for Defendant*<br>*epicRealm Licensing, LP* |

850239 / 31393 / Oracle

SO ORDERED this _____ day of _____, 2008.

_____
U.S.D.J.