IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>EPICREALM LICENSING, LP,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF DEPOSITION OF CRAIG E. HOLMES

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiffs Oracle Corporation and Oracle U.S.A., Inc. ("Oracle") will take the deposition upon oral examination of Craig E. Holmes at Baker Botts LLP, 2001 Ross Avenue, Dallas, TX 75201, beginning at 1:00 p.m. on March 12, 2008 and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other office duly authorized by law to administer oaths and may be videotaped. A subpoena is being issued for the witness's attendance and for the production of documents.

You are invited to attend and cross examine.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ James W. Parrett, Jr. (#4292)*

                                              Mary B. Graham (#2256)
                                              James W. Parrett, Jr. (#4292)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE 19899
                                              302.658.9200
                                              mgraham@mnat.com
                                              jparrett@mnat.com

                                              *Attorneys for Oracle Corporation*
                                              *and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
650.326.2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  March 6, 2008

1771203

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz
>David Ellis Moore
>POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 6, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
|---|---|
| Richard L. Horwitz<br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | George S. Bosy, Esquire<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL  60611-7603<br><br>**gbosy@jenner.com** |

*/s/ James W. Parrett, Jr. (#4292)*
_____
James W. Parrett, Jr. (#4292)