IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EPICREALM LICENSING, LP,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | )<br>)<br>)<br>)<br>) C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED AMENDMENT TO JOINT DISCOVERY PLAN
AND SCHEDULING ORDER**

  WHEREAS, the Court entered a Joint Discovery Plan and Scheduling Order (D.I. 29) in this matter on May 16, 2007;

  WHEREAS, the Court entered a Stipulated Order (D.I. 149) amending the case schedule on February 29, 2008;

  WHEREAS, the parties agree that an extension of certain discovery deadlines is necessary to complete discovery in this matter;

  WHEREAS, the proposed extension will not require changes to any dispositive motion deadlines, hearing dates, or trial dates;

  WHEREAS, the parties have agreed that expert reports on issues for which the parties have the burden of proof will be due on May 2, 2008; rebuttal expert reports will be due on June 3, 2008;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Joint Discovery Plan and Scheduling Order (D.I. 29, as amended by D.I. 149) shall be further amended as follows:

| | Schedule Item | Old Deadline | New Deadline |
|---|---|---|---|
| 1. | Expert reports on issues for which the parties have the burden of proof | April 30, 2008 | May 2, 2008 |
| 2. | Rebuttal expert reports | May 30, 2008 | June 3, 2008 |

All remaining dates in the case schedule shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ James W. Parrett, Jr.*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*
*Oracle Corporation and Oracle U.S.A. Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*epicRealm Licensing, LP*

SO ORDERED this _____ day of _____, 2008.

_____
U.S.D.J.