IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>EPICREALM LICENSING, LP,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) *Plaintiffs' Supplemental Responses To Defendant's Interrogatory Nos. 7, 13 and 17*; 2) *Plaintiffs' Supplemental Responses To Defendant's Third Set of Interrogatories (20-21)*; 3) *Plaintiffs' Supplemental Response To Defendant's Interrogatory No. 2*; 4) *Plaintiffs' Fifth Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*; 5) *Plaintiffs' Sixth Supplemental Response To Defendant's Interrogatory No. 3*; and 6) *Report of Plaintiffs' Expert Michael I. Shamos, Ph.D., J.D.* were caused to be served on May 2, 2008 upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard L. Horwitz
David Ellis Moore
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**rhorwitz@potteranderson.com**
**dmoore@potteranderson.com**

**BY E-MAIL**

George S. Bosy, Esquire
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL  60611-7603

**gbosy@jenner.com**

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ James W. Parrett, Jr.*
          _____
          Mary B. Graham (#2256)
          James W. Parrett, Jr. (#4292)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899
          302.658.9200
          jparrett@mnat.com

          *Attorneys for Oracle Corporation*
          *and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland, Jr.
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA 94065

Dated: May 2, 2008
530353

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>  Richard L. Horwitz
>  David Ellis Moore
>  POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 2, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz | George S. Bosy, Esquire |
| David Ellis Moore | JENNER & BLOCK |
| POTTER ANDERSON & CORROON, LLP | 330 N. Wabash Avenue |
| 1313 N. Market St., Hercules Plaza, 6th Floor | Chicago, IL 60611-7603 |
| P.O. Box 951 | |
| Wilmington, DE 19899-0951 | **gbosy@jenner.com** |
| | |
| **rhorwitz@potteranderson.com** | |
| **dmoore@potteranderson.com** | |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)