**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC., | )<br>)<br>) |
| Plaintiffs/Counterclaim Defendants, | )<br>) |
| v. | )<br>) |
| EPICREALM LICENSING, LP, | )<br>) |
| Defendant/Counterclaim Plaintiff. | )<br>) |

C.A. No. 06-414-SLR

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

The undersigned, counsel for Defendant/Counterclaim Plaintiff epicRealm Licensing, LP,

hereby certifies that copies of the following documents were caused to be served on May 2,

2008, upon the following attorneys of record at the following addresses as indicated:

EXPERT REPORT OF MICHAEL J. WAGNER

DEFENDANT EPICREALM LICENSING, LP'S EXPERT REPORT OF DR.
DAVID FINKEL

## VIA ELECTRONIC MAIL AND OVERNIGHT DELIVERY

| | |
|---|---|
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>MGraham@MNAT.com | Theodore T. Herhold<br>Robert J. Artuz<br>Eric M. Hutchins<br>Joseph A. Greco<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA  94301<br>OracleEpicrealm@townsend.com |

## VIA ELECTRONIC MAIL

| | |
|---|---|
| James G. Gilliland<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center<br>Eighth Floor<br>San Francisco, CA  94111-3834<br>OracleEpicrealm@townsend.com | Chad E. King<br>Townsend and Townsend and Crew LLP<br>1200 Seventeenth Street<br>Suite 2700<br>Denver, CO  80202<br>OracleEpicrealm@townsend.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
Angela M. Terry
Emily C. Johnson
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL  60611-7603
Tel:  (312) 923-8305

Dated:  May 5, 2008
862978 / 31393 / Oracle

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim*
*Plaintiff epicRealm Licensing, LP*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 5, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on May 5, 2008, the attached document was Electronically Mailed to

the following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
MGraham@MNAT.com

Theodore T. Herhold
Robert J. Artuz
Eric M. Hutchins
Eric A. Mercer
Joseph A. Greco
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301
OracleEpicrealm@townsend.com

James G. Gilliland
Townsend and Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA  94111-3834
OracleEpicrealm@townsend.com

Chad E. King
Townsend and Townsend and Crew LLP
1200 Seventeenth Street
Suite 2700
Denver, CO  80202
OracleEpicrealm@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com