IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED AMENDMENT TO JOINT DISCOVERY PLAN
AND SCHEDULING ORDER**

WHEREAS, the Court entered a Joint Discovery Plan and Scheduling Order (D.I. 29) in this matter on May 16, 2007;

WHEREAS, the Court entered Stipulated Orders (D.I. 149, 170) amending the case schedule on February 29, 2008 and May 5, 2008, respectively;

WHEREAS, the parties agree that a further extension of certain discovery deadlines is necessary to complete discovery in this matter;

WHEREAS, the proposed extension will not require changes to any dispositive motion deadlines, hearing dates, or trial dates;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Joint Discovery Plan and Scheduling Order (D.I. 29, as amended by D.I. 149, 170) shall be further amended as follows:

| **Schedule Item** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Rebuttal expert reports | June 3, 2008 | June 6, 2008 |
| Completion of expert discovery | June 20, 2008 | June 27, 2008 |

All remaining dates in the case schedule shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP           POTTER ANDERSON & CORROON LLP

By: */s/ James W. Parrett, Jr.*                By: */s/ David E. Moore*
　　Mary B. Graham (#2256)                        Richard L. Horwitz (#2246)
　　James W. Parrett, Jr. (#4292)                 David E. Moore (#3983)
　　1201 North Market Street                      Hercules Plaza, 6th Floor
　　P.O. Box 1347                                 1313 N. Market Street
　　Wilmington, DE 19899                          Wilmington, DE 19899
　　(302) 658-9200                                (302) 984-6000
　　mgraham@mnat.com                              rhorwitz@potteranderson.com
　　jparrett@mnat.com                             dmoore@potteranderson.com

*Attorneys for Plaintiffs*                     *Attorneys for Defendant*
*Oracle Corporation and Oracle U.S.A. Inc.*    *epicRealm Licensing, LP*


　　SO ORDERED this _____ day of _____, 2008.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

867262

2