IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., <br><br>  Plaintiffs, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br>  Defendant. | ) ) ) ) ) ) ) C.A. No. 06-414 (SLR) ) ) ) ) ) |

## PLAINTIFFS' NOTICE OF DEPOSITION OF DR. DAVID FINKEL

In the event that Dr. David Finkel is not offered for deposition in similar actions pending in the Eastern District of Texas on June 18-20, 2008;

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiffs Oracle Corporation and Oracle U.S.A., Inc. "Oracle" will take the deposition upon oral examination of Dr. David Finkel at the offices of Jenner & Block LLP, 330 N. Wabash Ave., Chicago, IL 60611, Telephone: (312) 923-8305; beginning on June 19, 2008 at 10:00AM and on June 20, 2008 at 9:30AM and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other duly authorized by law to administer oaths and may be videotaped.  Pursuant to Paragraph 15 of the Protective Order issued in this case, Oracle requests that Dr. Finkel produce prior to his deposition all communications, documents, and other materials that he relied upon in forming his opinions expressed in his expert report(s) in this action, to the extent such materials were not listed in his report(s) and previously produced during this litigation.

You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
 (302) 658-9200
jparrett@mnat.com

*Attorneys for Oracle Corporation
and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland, Jr.
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
(650) 326-2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

DATED:  June 13, 2008
2368725

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz
>David Ellis Moore
>POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 13, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz<br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | George S. Bosy<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br><br>**gbosy@jenner.com** |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)