IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)  C.A. No. 06-414-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### NOTICE OF DEPOSITION OF DR. MICHAEL SHAMOS

PLEASE TAKE NOTICE that on June 30, 2008 at 9:00 a.m. at Jones Day, One Mellon Center, 500 Grant Street, Suite 3100, Pittsburgh, PA 15219, or at such other time and place as agreed by the parties, defendant and counter-plaintiff epicRealm Licensing, LP ("epicRealm"), shall take the deposition upon oral examination of Dr. Michael Shamos. The deposition will continue from day to day until completed and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and video means. Pursuant to Paragraph 15 of the Protective Order issued in this case, epicRealm requests that Dr. Shamos produce prior to his deposition all communications, documents, and other materials he relied upon in forming his opinions expressed in his expert report in this action, to the extent such materials were not listed in his report and previously produced during this litigation.

You are invited to attend and cross examine.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: /s/ David E. Moore |
| Harry J. Roper | Richard L. Horwitz (#2246) |
| George S. Bosy | David E. Moore (#3983) |
| Aaron A. Barlow | Hercules Plaza, 6th Floor |
| Patrick L. Patras | 1313 N. Market Street |
| David R. Bennett | Wilmington, DE  19899 |
| Paul D. Margolis | Tel:  (302) 984-6000 |
| Benjamin J. Bradford | rhorwitz@potteranderson.com |
| Angela M. Terry | dmoore@potteranderson.com |
| Emily C. Johnson |  |
| JENNER & BLOCK | *Attorneys for Defendant/Counterclaim Plaintiff epicRealm Licensing, LP* |
| 330 N. Wabash Avenue |  |
| Chicago, IL  60611-7603 |  |
| Tel:  (312) 923-8305 |  |

Dated:  June 18, 2008
870260 / 31393 / Oracle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 18, 2008, the attached document was Electronically Mailed to the following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
MGraham@MNAT.com

James G. Gilliland
Igor Shoiket
Townsend and Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
OracleEpicrealm@townsend.com

Theodore T. Herhold
Robert J. Artuz
Eric M. Hutchins
Eric A. Mercer
Joseph A. Greco
Nitin Gupta
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
OracleEpicrealm@townsend.com

Chad E. King
Townsend and Townsend and Crew LLP
1200 Seventeenth Street
Suite 2700
Denver, CO 80202
OracleEpicrealm@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle