IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   C.A. No. 06-414 (SLR) |
| EPICREALM LICENSING, LP, | ) ) ) |
| Defendant. | ) |

**PARTIES' PROPOSED ELEMENT-BY-ELEMENT CLAIM CONSTRUCTION CHART**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
mgraham@mnat.com
jparrett@mnat.com

*Attorneys for Oracle Corporation
and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Chad E. King
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3083)
1313 N. Market Street
Hercules Plaza Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
302.984.000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for epicRealm Licensig, LP*

OF COUNSEL:

George S. Bosy
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL 60611-7603

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

Dated:  June 30, 2008

| Claim Term | Oracle's Proposed Construction | epicRealm's Proposed Construction |
|---|---|---|
| connection cache<br><br>('554 patent – claim 4) | a store of information identifying open connections to data sources for eliminating subsequent connect times to those data sources | no construction is necessary |
| data sources<br><br>('554 patent – claims 1-5, 8-9, 11)<br>('335 patent – claims [1], [15])[1] | computerized repositories from which data may be retrieved electronically | no construction is necessary |
| dispatcher<br><br>('554 patent – claim 1, 9, 11)<br>('335 patent – claims 2, 16) | a software program for determining which page server should be used to process a dynamic web page generation request | no construction is necessary |
| dispatching / dispatching said request to said page server<br><br>('554 patent – claims 1, 9, 11)<br>('335 patent – claims 2, 16) | analyzing a request to make an informed selection of which page server should process the request, and sending the request to that page server | examining a request to make an informed selection of which page server should process the request based on dynamic information maintained about page servers, the dynamic information indicating which page server can more efficiently process the request, and sending the request to the selected page server |
| HTTP-compliant device<br><br>('335 patent – claims 15, 16) | a device running software that implements the Hypertext Transfer Protocol | a device that is compliant with the communication protocol known as HyperText Transport Protocol (HTTP) |
| intercepting said request at said HTTP-compliant | receiving a request at the HTTP-compliant device and diverting | at least intercepting the handling of a request at a said HTTP- |

---

[1]     Claim numbers in brackets signify unasserted independent claims upon which asserted dependent claims rely.

1

| Claim Term | Oracle's Proposed Construction | epicRealm's Proposed Construction |
|---|---|---|
| device<br><br>('335 patent – claim [1], [15]) | the request before the HTTP-compliant device executable can process the request | compliant device |
| intercepting said request at said second computer system<br><br>('554 patent – claims 9, 10) | receiving a request at the second computer system and diverting the request before the second computer system executable can process the request | no construction is necessary |
| intercepting said request at said Web server<br><br>('554 patent – claims 1, 11)<br>('335 patent – claims [1]) | receiving a request at the Web server machine and diverting the request before the Web server executable can process the request | intercepting the handling of a request at a Web server |
| interceptor<br><br>('554 patent – claim 10) | a software component that performs intercepting | no construction is necessary |
| logging into<br><br>('554 patent – claim 5) | presenting credentials that allow access to | no construction is necessary |
| machine readable medium<br><br>('554 patent – claim 11) | a hard disk, floppy disk, CD-ROM, magnetic tape, or other magnetic or optical data storage medium | no construction is necessary |
| page server<br><br>('554 patent – claims 1, 4, 7, 9, 10, 11)<br>('335 patent – claim [1], [15]) | page generating software, running on a processor separate from that of the Web server, that generates dynamic Web pages<br><br>Claims 9 of the '554 Patent and claims 15 and 29 of the '335 Patent are likewise construed with the substitution of "second computer system" and "HTTP- | page-generating software that generates a dynamic Web page |

2

| Claim Term | Oracle's Proposed Construction | epicRealm's Proposed Construction |
|---|---|---|
| | compliant device" respectively for "Web server." | |
| releasing<br><br>('554 patent – claims 1, 9, 11)<br>('335 patent – claims [1], [15]) | (see below) | freeing |
| said page server receiving said request and releasing said Web server [or second computer system or HTTP-compliant device] to process other requests<br><br>('554 patent – claims 1, 9, 11)<br>('335 patent – claims [1], [15]) | said page server receiving said request and said page server performing an act (separate from merely receiving the request) to free the Web server to process other requests.<br><br>Claims 9 of the '554 Patent and claims 15 and 29 of the '335 Patent are likewise construed with the substitution of "second computer system" and "HTTP-compliant device" respectively for "Web server." | (see proposed construction for "releasing" above) |
| request<br><br>('554 patent – all)<br>('335 patent – all) | a message that asks for a Web page specified by a URL | a message that asks for a Web page |
| router<br><br>('554 patent – claims 9, 10) | a device that intercepts and dispatches dynamic Web page generation requests | no construction is necessary |
| Web page<br><br>('554 patent – claims 1, 3, 6, 7, 9, 11)<br>('335 patent – claim [1]) | a file containing embedded commands in a Web formatting language such as HTML, capable of being displayed on a Web browser | Web content displayable through a Web browser |

3

| Claim Term | Oracle's Proposed Construction | epicRealm's Proposed Construction |
|---|---|---|
| Web server<br><br>('554 patent – claims 1, 11)<br>('335 patent – claim [1]) | HTTP-compliant server software, or a machine running such software, that receives Web page requests and returns Web pages in response to the requests | software, or a machine having software, that receives Web page requests and returns Web pages in response to the requests |
| Means for generating [said request]<br><br>('554 patent – claim 9) | § 112 ¶6 corresponding function: generating said request<br><br>structure:<br><br>a processor of a computer that is, or has, a Web client running a Web browser | "a processor of a computer that is, or has, a Web client running a Web browser" or equivalents thereof |
| Means for receiving [said request from said first computer]<br><br>('554 patent – claim 9) | § 112 ¶6 corresponding function: receiving said request from said first computer<br><br>structure:<br><br>a processor of a computer that is, or has, a Web server running a Web server executable | "a processor of a computer that is, or has, a Web server running Web server executable" or equivalents thereof |
| Page server processing means<br><br>('554 patent – claim 9) | § 112 ¶6 corresponding function: processing dynamic Web page generation requests<br><br>corresponding structure:<br><br>a processor of a computer that runs software for generating dynamic Web pages | "a processor of a computer that runs page server software (wherein page server software is page-generating software that generates a dynamic Web page)" or equivalents thereof |

2389667.1

4