IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORACLE CORPORATION and | ) | |
| ORACLE U.S.A. INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-414 (SLR) |
| | ) | |
| EPICREALM LICENSING, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED AMENDMENT TO JOINT DISCOVERY PLAN
<u>AND SCHEDULING ORDER</u>**

WHEREAS, the Court entered a Joint Discovery Plan and Scheduling Order (D.I. 29) in this matter on May 16, 2007;

WHEREAS, the Court entered Stipulated Orders (D.I. 149, 170 and 176) amending the case schedule on February 29, 2008, May 5, 2008 and June 3, 2008 respectively;

WHEREAS, the hearing date on claim construction, summary judgment motions and Daubert motions was scheduled for September 26, 2008;

WHEREAS, pursuant to epicRealm's request, the Court continued the hearing on claim construction, summary judgment motions and Daubert motions by one week to October 3, 2008 at 9:30 a.m;

WHEREAS, the parties agree that a one-week extension of time for the briefing schedule on the parties' claim construction briefs, summary judgment motions and Daubert motions, as well as coordinating the Daubert briefing with the summary judgment briefing, is necessary and appropriate in light of the continuance of the hearing date;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties subject to the approval of the Court, that the Joint Discovery Plan and Scheduling Order (D.I. 29, as amended by D.I. 149, 170 and 176) shall be further amended as follows:

| **Scheduled Item** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Claim Construction, Summary Judgment and Daubert Opening Briefs | July 24, 2008 | July 31, 2008 |
| Oppositions to Summary Judgment Motions | August 14, 2008 | August 21, 2008 |
| Oppositions to Daubert Motions | August 11, 2008 | August 21, 2008 |
| Summary Judgment Reply Briefs and Claim Construction Response Briefs | August 28, 2008 | September 4, 2008 |
| Daubert Reply Briefs | August 21, 2008 | September 4, 2008 |
| Hearing on Claim Construction, Summary Judgment Motions and Daubert Motions | September 26, 2008 | October 3, 2008 |

All remaining dates in the case schedule shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
mgraham@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*
*Oracle Corporation and Oracle U.S.A. Inc.*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
302.984.6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*epicRealm Licensing, LP*

SO ORDERED this _____ day of _____, 2008.

_____
U.S.D.J.

2414596

2