IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)  C.A. No. 06-414-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EPICREALM'S**
**_DAUBERT_ MOTION TO EXCLUDE TESTIMONY OF TERRY MUSIKA**

THIS MATTER having come before the Court and after consideration of the entire record in support of epicRealm's _Daubert_ Motion to Exclude Testimony of Terry Musika this Court finds that:

1. Oracle's economic expert witness, Terry Musika, cannot give testimony on his lump sum damages theory.

AND, THEREFORE, IT IS HEREBY ORDERED THAT:

EpicRealm's _Daubert_ Motion to Exclude the Testimony of Terry Musika is hereby GRANTED.

DATED:_____

_____
The Honorable Sue L. Robinson

876781 /31393 / Oracle