IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC., | )<br>)<br>) |
| Plaintiffs/Counterclaim Defendants, | ) C.A. No. 06-414-SLR<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| EPICREALM LICENSING, LP, | )<br>) |
| Defendant/Counterclaim Plaintiff. | ) |

**ORDER GRANTING EPICREALM'S**
**<u>*DAUBERT* MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL SHAMOS</u>**

THIS MATTER having come before the Court and after consideration of the entire record in support of epicRealm's *Daubert* Motion to Exclude Testimony of Dr. Michael Shamos, this Court finds that:

1. Oracle's expert witness, Dr. Michael Shamos, cannot testify on the subject of Oracle's invalidity defenses.

AND, THEREFORE, IT IS HEREBY ORDERED THAT:

EpicRealm's *Daubert* Motion to Exclude Testimony of Dr. Michael Shamos is hereby GRANTED.

DATED:_____    _____
                                                                  The Honorable Sue L. Robinson