IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE U.S.A. INC., | ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) C.A. No. 06-414-SLR ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| EPICREALM LICENSING, LP, | ) ) |
| Defendant/Counterclaim Plaintiff. | ) ) |

**ORDER GRANTING EPICREALM'S *DAUBERT* MOTION
TO EXCLUDE TESTIMONY OF DR. PAUL CLARK**

THIS MATTER having come before the Court and after consideration of the entire record in support of epicRealm's *Daubert* Motion to Exclude Testimony of Dr. Paul Clark, this Court finds that:

1. Oracle's expert witness, Dr. Paul Clark, cannot testify on the subject of indirect infringement.

AND, THEREFORE, IT IS HEREBY ORDERED THAT:

EpicRealm's *Daubert* Motion to Exclude Testimony of Dr. Paul Clark is hereby GRANTED.

DATED:_____    _____
The Honorable Sue L. Robinson

876771/31393