IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and <br> ORACLE U.S.A. INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant/Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-414 (SLR) <br> ) <br> ) <br> ) <br> ) |

## ORACLE'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

Plaintiffs and Counterdefendants Oracle Corporation and Oracle U.S.A. Inc. (collectively "Oracle") hereby move for summary judgment of noninfringement on all the asserted claims of the patents-in-suit. The grounds for this motion are set forth in Oracle's Opening Brief In Support Of Its Motion For Summary Judgment Of Noninfringement being filed herewith. A proposed form of Order is attached hereto.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com
  *Attorneys for Oracle Corporation
  and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Joseph A. Greco
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA  94065

July 31, 2008
2430732

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>    Plaintiffs/Counterdefendants,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant/Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING ORACLE'S MOTION
FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

IT IS HEREBY ORDERED this _____ day of _____, 2008, that Oracle's Motion For Summary Judgment Of Noninfringement is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

2430734

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Richard L. Horwitz
David Ellis Moore
POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 31, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
|---|---|
| Richard L. Horwitz<br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br><br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | George S. Bosy<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL  60611-7603<br><br>gbosy@jenner.com |

/s/ James W. Parrett, Jr.
James W. Parrett, Jr. (#4292)