IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>    Plaintiffs/Counterdefendants,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant/Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>)<br>) |

## ORACLE'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF EPICREALM'S DAMAGES EXPERT, MICHAEL J. WAGNER

Plaintiffs and Counterdefendants Oracle Corporation and Oracle U.S.A. Inc. (collectively "Oracle") hereby move the Court for an order excluding the expert report and trial testimony of epicRealm's damages expert, Michael J. Wagner ("Wagner"), for failure to satisfy the requirements for admissibility under Rule 702 of the Federal Rules of Evidence. The grounds for this motion are set forth in Oracle's Opening Brief In Support Of Its Motion To Exclude Expert Report And Testimony Of EpicRealm's Damages Expert, Michael J. Wagner being filed herewith. A proposed form of Order is attached hereto.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com
  *Attorneys for Oracle Corporation*
  *and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Joseph A. Greco
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA 94065

July 31, 2008

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement.

_____
James W. Parrett, Jr. (#4292)

2430739

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>    Plaintiffs/Counterdefendants,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant/Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-414 (SLR)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING ORACLE'S
MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY
OF EPICREALM'S DAMAGES EXPERT, MICHAEL J. WAGNER**

IT IS HEREBY ORDERED this _____ day of _____, 2008, that Oracle's Motion To Exclude Expert Report And Testimony Of EpicRealm's Damages Expert, Michael J. Wagner is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

2430755

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>   Richard L. Horwitz
>   David Ellis Moore
>   POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 31, 2008 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard L. Horwitz
David Ellis Moore
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

rhorwitz@potteranderson.com
dmoore@potteranderson.com

**BY E-MAIL**

George S. Bosy, Esquire
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL 60611-7603

gbosy@jenner.com


/s/ James W. Parrett, Jr.
_____
James W. Parrett, Jr. (#4292)