IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and <br> ORACLE U.S.A. INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant/Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-414 (SLR) <br> ) <br> ) <br> ) <br> ) |

### ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT EXCLUDING DAMAGES BASED ON ORACLE'S FOREIGN SALES

Plaintiffs and Counterdefendants Oracle Corporation and Oracle U.S.A. Inc. (collectively "Oracle") hereby move for partial summary judgment excluding Defendant and Counterclaimant epicRealm Licensing, LP's ("epicRealm") alleged damages based on foreign sales of Oracle's accused products. The grounds for this motion are set forth in Oracle's Opening Brief In Support Of Its Motion For Partial Summary Judgment Excluding Damages Based On Oracle's Foreign Sales being filed herewith. A proposed form of Order is attached hereto.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com
  *Attorneys for Oracle Corporation
  and Oracle U.S.A. Inc.*

OF COUNSEL:

James G. Gilliland
Theodore T. Herhold
Joseph A. Greco
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE U.S.A., INC.
500 Oracle Parkway
Redwood Shores, CA 94065

July 31, 2008
2430714

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC., | ) ) ) | |
| Plaintiffs/Counterdefendants, | ) ) | |
| v. | ) ) ) | C.A. No. 06-414 (SLR) |
| EPICREALM LICENSING, LP, | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

**[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT EXCLUDING DAMAGES BASED ON ORACLE'S FOREIGN SALES**

IT IS HEREBY ORDERED this _____ day of _____, 2008, that Oracle's Motion For Partial Summary Judgment Excluding Damages Based On Oracle's Foreign Sales is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

2430720

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Richard L. Horwitz
David Ellis Moore
POTTER ANDERSON & CORROON, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 31, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
|---|---|
| Richard L. Horwitz<br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | George S. Bosy<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br><br>**gbosy@jenner.com** |

/s/ *James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

2433436
61450947 v1