IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)   C.A. No. 06-414-SLR<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### EPICREALM'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE ORACLE REFERENCES DO NOT ANTICIPATE

Pursuant to Fed. R. Civ. P. 56, Defendant/Counter-Plaintiff epicRealm Licensing, LP ("epicRealm") respectfully moves for partial summary judgment that Claims 1-5 and 7-11 of U.S. Patent No. 5,894,554 and Claims 2 and 16 of U.S. Patent No. 6,415,335 are not anticipated under 35 U.S.C. § 102 by any of the following Oracle References:

A. Reference 503 ("The Oracle WebServer: A Technical Discussion");

B. Reference 153 (Oracle WebServer User's Guide, Release 1.0, Part No. A34986-2);

C. the Oracle 1.0 product;

D. the SQL*Net 2.2 Reference ("Understanding SQL*Net, Release 2.2");

E. the SQL*Net 2.3 Reference ("Understanding SQL*Net, Release 2.3");

F. Reference 604 ("Oracle WebServer User's Guide, Release 2.0.2 Production, Part No. A23646-2");

G. the WebServer 2.0 Guide ("Oracle WebServer User's Guide, Release 2.0 Production, Part No. A23646-1");

H. Reference 605 (Oracle WebServer 2.0, Technical Note, March 1996); or

   I.  the Oracle 2.0 product.

The grounds for this motion are set forth in the supporting memorandum and declaration filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Harry J. Roper | By: */s/ David E. Moore* |
| George S. Bosy |   Richard L. Horwitz (#2246) |
| Aaron A. Barlow |   David E. Moore (#3983) |
| Patrick L. Patras |   Hercules Plaza, 6th Floor |
| David R. Bennett |   1313 N. Market Street |
| Paul D. Margolis |   Wilmington, DE 19899 |
| Benjamin J. Bradford |   Tel: (302) 984-6000 |
| Emily C. Johnson |   rhorwitz@potteranderson.com |
| JENNER & BLOCK |   dmoore@potteranderson.com |
| 330 N. Wabash Avenue | |
| Chicago, IL 60611-7603 | *Attorneys for Defendant/Counterclaim* |
| Tel: (312) 923-8305 | *Plaintiff epicRealm Licensing, LP* |

Dated: July 31, 2008
876819 / 31393 / Oracle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 31, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 31, 2008, the attached document was Electronically Mailed to the following person(s):

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
MGraham@MNAT.com

James G. Gilliland
Igor Shoiket
Townsend and Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
OracleEpicrealm@townsend.com

Theodore T. Herhold
Robert J. Artuz
Eric M. Hutchins
Eric A. Mercer
Joseph A. Greco
Nitin Gupta
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
OracleEpicrealm@townsend.com

Chad E. King
Townsend and Townsend and Crew LLP
1200 Seventeenth Street
Suite 2700
Denver, CO 80202
OracleEpicrealm@townsend.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788480 / 31393 / Oracle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE U.S.A. INC.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)  C.A. No. 06-414-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**ORDER GRANTING EPICREALM'S MOTION FOR PARTIAL SUMMARY
JUDGMENT THAT THE ORACLE REFERENCES DO NOT ANTICIPATE**

Having considered EpicRealm's Motion for Partial Summary Judgment that the Oracle References Do Not Anticipate,

IT IS HEREBY ORDERED this _____ day of _____, 2008, that EpicRealm's Motion for Partial Summary Judgment That The Oracle References Do Not Anticipate is GRANTED.

_____
The Honorable Sue L. Robinson

876819 / 31393 /Oracle