SEALED DOCUMENT

# SEALED DOCUMENT

# SEALED DOCUMENT