# SEALED DOCUMENT

Case 1:06-cv-00414-SLR   Document 273   Filed 08/21/2008   Page 1 of 1