# SEALED DOCUMENT

Case 1:06-cv-00414-SLR    Document 280    Filed 08/21/2008    Page 1 of 1