IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORACLE CORPORATION and ORACLE U.S.A., INC., Plaintiffs-Counterdefendants, | ) | |
| v. | ) | C.A. No. 06-414 (SLR) |
| PARALLEL NETWORKS, LLC, Defendant-Counterclaimant. | ) | |

**ORACLE'S MOTION FOR LEAVE TO FILE**
**REPLY ON MOTION FOR REARGUMENT**

Oracle hereby requests leave to file the attached three-page Reply in support of its Motion for Reargument (D.I. 438) and in opposition to Parallel Networks' Opposition (D.I. 440). The purpose of the reply is to address two mischaracterizations of the law in Parallel Networks' Opposition:

1. that Oracle could have moved this Court to stay Parallel Networks' appeal pending reexamination; and
2. that there is any case law support for the notion that Oracle could have successfully moved the Federal Circuit to stay Parallel Networks' appeal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
*Attorneys for Oracle Corporation and Oracle America, Inc.*

OF COUNSEL:

James G. Gilliland
TOWNSEND AND TOWNSEND
AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
(415) 576-0200

Theodore T. Herhold
Andrew T. Oliver
Robert J. Artuz
Eric M. Hutchins
TOWNSEND AND TOWNSEND
AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Joseph A. Greco
BECK, ROSS, BISMONTE
& FINLEY, LLP
50 West San Fernando Street
Suite 1300
San Jose, CA 95113
(408) 938-7900

Dorian Daley
Peggy E. Bruggman
Matthew M. Sarboraria
ORACLE CORPORATION
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, CA 94065

October 8, 2010
3821610

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 8, 2010 upon the following individuals in the manner indicated:

**BY E-MAIL**

John W. Shaw, Esq.
Karen E. Keller, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**jshaw@ycst.com**
**kkeller@ycst.com**

**BY E-MAIL**

BOSY & BENNETT

George S. Bosy, Esq.
**gbosy@bosybennett.com**

David R. Bennett, Esq.
**dbennett@bosybennett.com**

*/s/ Mary B. Graham*

Mary B. Graham (#2256)