IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and ORACLE AMERICA, INC., | ) ) ) |
| Plaintiffs-Counterdefendants, | ) ) |
| v. | ) ) C.A. No. 06-414 (SLR) |
| PARALLEL NETWORKS, LLC, | ) ) ) |
| Defendant-Counterclaimant. | ) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

    Plaintiffs Oracle Corporation and Oracle America, Inc. and Defendant Parallel Networks, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing this action with regard to the claims and counterclaims, respectively, of Plaintiffs and Defendant, in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Mary B. Graham* | */s/ Monté T. Squire* |
| Mary B. Graham (#2256) | John W. Shaw (#3362) |
| Jeremy A. Tigan (#5239) | Karen E. Keller (#4489) |
| 1201 N. Market Street | Monté T. Squire (#4764) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE 19899-1347 | 1000 West Street, 17th Floor |
| (302) 658-9200 | Wilmington, DE 19899-0391 |
| mgraham@mnat.com | (302) 571-6600 |
| jtigan@mnat.com | jshaw@ycst.com |
|   *Attorneys for Oracle Corporation* | kkeller@ycst.com |
|   *and Oracle America, Inc.* | msquire@ycst.com |
| |   *Attorneys for Parallel Networks, LLC* |

May 14, 2011
4266328

    GRANTED AND SO ORDERED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE